which shows no motion to vacate the judgment or exception thereto, but shows only the pleadings, orders relating thereto, which were acquiesced in, and the judgment, the record shows no points for review on errors saved in the court below, and the judgment will be allowed to stand.

---

**Louis A. Elisburg, Defendant in Error, v. Nellie K. Berkey and Arista W. Berkey, Plaintiffs in Error.**

**Gen. No. 18,993.   (Not to be reported in full.)**

Error to the Municipal Court of Chicago; the Hon. THOMAS F. SCULLY, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1913. Affirmed. Opinion filed March 10, 1914.

## Statement of the Case.

Action of forcible entry and detainer brought in the Municipal Court by Louis A. Elisburg against Nellie K. Berkey and Arista W. Berkey to recover possession of a flat in an apartment building. The plaintiff, claiming right of ownership by a quitclaim deed from Nellie K. Berkey, had been in possession of the apartment building for some months, the tenants having attorned to him. One of the flats became vacant and the defendants took possession of it. At the trial an attempt was made by the defendants to have tried the question as to the ownership of the property, the claim being made that the quitclaim deed was obtained by fraud. Judgment was entered in favor of plaintiff and a writ of restitution was granted after the hearing. To reverse the judgment, defendants bring error.

J. Marion Miller, for plaintiffs in error.

E. M. Seymour, for defendant in error.

Mr. Justice Clark delivered the opinion of the court.

### Abstract of the Decision.

1. Forcible entry and detainer, § 84*—*when evidence sufficient to show forcible entry.* In an action for forcible entry and detainer, evidence *held* sufficient to show that the entry by the defendants was forcible, so that a demand for possession was unnecessary.

2. Forcible entry and detainer, § 108*—*when objection to judgment not preserved for review.* Objection that the judgment order in forcible entry and detainer does not sufficiently describe the property cannot be considered in a court of review where such objection was not urged in the trial court.

3. Forcible entry and detainer, § 67*—*issues as to title.* In an action of forcible entry and detainer the question of title to the premises is not involved.

---

### Louis A. Elisburg, Defendant in Error, v. Nellie K. Berkey and Arista W. Berkey, Plaintiffs in Error.

### Gen. No. 19,122. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. David Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1913. Affirmed. Opinion filed March 10, 1914.

### Statement of the Case.

Action of forcible entry and detainer by Louis A. Elisburg against Nellie K. Berkey and Arista W. Berkey. A verdict and judgment was entered in favor of plaintiff and the defendants prosecute error.

The record in this case is like that in *Elisburg v. Berkey, ante,* p. 389, except in this case the flat was